**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **SERGIO VALDIVESO** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | **C.A. NO. 4:21-cv-02214** |
| **SOUTHERN CAT INC., ET AL.** | § | |
| | § | |
| **DefendantS.** | § | |
| | § | |

## SWS ENVIRONMENTAL SERVICES' CERTIFICATE OF INTERESTED PERSONS

Pursuant to Fed. R. Civ. P. 7.1, SWS Environmental Services provides the following information

1.      SWS ENVIRONMENTAL SERVICES F/K/A EAGLE-SWS INC. A/K/A PROGRESSIVE ENVIRONMENTAL SERVICES, INC. is not a publicly traded corporation.  Its parent company, NRC International Holdings is not publicly traded but its parent company **US Ecology, Inc** is publicly traded.

2.      **U.S. Ecology** owns 10% or more of SWS' stock.

3.      SWS does not have any non-wholly-owned subsidiaries or any affiliates that are publicly traded.

4.      SWS is unaware of any other persons, associations, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of this case, aside from those listed below:

    Sergio Valdiveso

    Plaintiff's counsel

    National Response Corporation (Acquired SWS)

**<u>US Ecology, Inc.</u>**

**<u>Insurance Company for the State of Pennsylvania</u>**

Respectfully submitted,

 /s/ *Tally Perez*
Tally Perez
Texas Bar No. 15055025
tperez@sbsblaw.com
1001 McKinney, Suite 1400
Houston, TX 77002
Phone: 713-588-0446
Fax: 713-574-2942

**OF COUNSEL:**

**SCHOUEST, BAMDAS, SOSHEA &
BENMAIER, PLLC**

M. Lane Lowrey
Texas Bar No. 24013065
llowrey@sbsblaw.com
1001 McKinney, Suite 1400
Houston, TX 77002
Phone: 713-588-0446
Fax: 713-574-2942

**JUGE, NAPOLITANO, GUILBEAU,
RULI, FRIEMAN & WHITELEY**

Joseph Baker Guilbeau
jguilbeau@wcdefense.com
3320 W. Esplanade Ave. Noth
Metairie, LA 70002
Phone: 504.831.7270
Fax: 504.831.7284

**<u>CERTIFICATE OF SERVICE</u>**

This pleading was served in compliance with Fed. R. Civ. P. 5 via Electronic Filing System, certified mail, return receipt requested, electronic mail, and/or facsimile on this 16th day of July, 2021, to the following counsel of record:

> Charles F. Herd, Jr.
> Herd Law Firm
> 19500 Tomball Parkway, Suite 250
> Houston, Texas 77070
> Charles.Herd@heardlawfirm.com

*/s/ M. Lane Lowrey*
M. Lane Lowrey
